**Ernest Harvey OLSEN, Petitioner and Appellant,**

v.

**UNITED STATES of America, Respondent.**

**No. 71–2081.**

United States Court of Appeals, Ninth Circuit.

Aug. 6, 1971.

Mark B. Raven (argued), of Risner, Wolf & Raven, Tucson, Ariz., for petitioner-appellant.

Garvin Lee Oliver (argued), Dept. of Justice, Washington, D. C., Richard K. Burke, U. S. Atty., Phoenix, Ariz., for appellee.

Before CHAMBERS and HUFSTEDLER, Circuit Judges, and THOMPSON,* District Judge.

* Bruce R. Thompson, judge of the United States District Court for the District of Nevada.

PER CURIAM:

The order adjudging Olsen guilty of civil contempt is affirmed.

This court's stay of the district court's order is terminated effective at noon, Pacific time, August 10, 1971.

HUFSTEDLER, Judge (concurring and dissenting):

I concur in the result reached by a majority of the panel under the compulsion of In re Bacon (9th Cir. 1971) 446 F.2d 667; cf. United States v. Gelbard and United States v. Parnas (9th Cir. 1971) 443 F.2d 837. Were the question open in this Circuit, I would hold that 18 U.S.C. § 2515 precluded a finding of contempt for reasons stated in the opinions of Judges Adams and Rosenn in In re Joques Egan (3d Cir. 1971) (en banc) [No. 71–1088, May 28, 1971] and in the opinions of Judges Bazelon and Wright in In re Evans and In re Fishlowitz (D.C. Cir. 1971) [Nos. 71–1499 & 71–1521, July 23, 1971].

I would enlarge the appellant on bail pending the filing of his petition for certiorari.